## DIVORCE.

### BRAINARD *against* BRAINARD.   *Addison*, 1816.

A bill of divorce will not be granted where the only cause proved, is a total alienation of the affections of one or both of the parties.

## DISCHARGE.
### *No.* 1.

### ADAMS *against* JOHNSON.   *Rutland*, 1817.

IN an action on a note of hand not negotiable, a discharge executed by the payee will at law avail the promissor ; though he had notice of the transfer and sale of the note prior to obtaining the discharge, or making the payment : A non suit was permitted to be entered after the opinion of the Court was expressed in this case.

### *No.* 2.
### BECKWITH *against* HAYWARD ET AL.   *Caledonia*, 1817.

IN an action on a note of hand, the Court decided that a receipt executed by the plaintiff to the defendant was good and available in defence ; although it appeared that the note had been pledged by the plaintiff to a third person to secure the payment of a debt, and although the defendant had notice prior to the execution of the discharge, or payment of the debt.